# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 20-462V
UNPUBLISHED

| | |
|---|---|
| KELLY MOX,<br><br>      Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>      Respondent. | Chief Special Master Corcoran<br><br>Filed: January 25, 2023<br><br>Special Processing Unit (SPU); Damages Decision Based on Proffer; Influenza (Flu) Vaccine; Shoulder Injury Related to Vaccine Administration (SIRVA) |

*Leah VaSahnja Durant*, Law Offices of Leah V. Durant, PLLC, Washington, DC, for Petitioner.

*Steven Santayana*, U.S. Department of Justice, Washington, DC, for Respondent.

### DECISION AWARDING DAMAGES[1]

On April 20, 2020, Kelly Mox filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") as a result of an influenza ("flu") vaccine administered on January 10, 2018. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On July 26, 2021, a ruling on entitlement was issued, finding Petitioner entitled to compensation for a SIRVA. On July 26, 2021, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $192,130.72 (comprised of $160,000.00 for pain and suffering, $25,727.67 in past and future lost

---

[1] Because this unpublished Decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

wages, and $6,403.05 for out-of-pocket expenses). Proffer at 1-2. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $192,130.72 (comprised of $160,000.00 for pain and suffering, $25,727.67 in past and future wages, and $6,403.05 for unreimbursed medical expenses) in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| **KELLY MOX**, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 20-462V |
| v. ) | Chief Special Master Corcoran |
| ) | ECF |
| **SECRETARY OF HEALTH AND** ) | |
| **HUMAN SERVICES**, ) | |
| ) | |
| Respondent. ) | |

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On April 20, 2020, Kelly Mox ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act" or "Act"), alleging that she suffered Shoulder Injury Related to Vaccine Administration ("SIRVA"), following administration of an influenza vaccine she received on January 10, 2018. Petition at 1. On July 26, 2021, the Secretary of Health and Human Services ("respondent") filed a Rule 4(c) Report indicating that this case is appropriate for compensation under the terms of the Act for SIRVA, and on the same day, the Chief Special Master issued a Ruling on Entitlement finding petitioner entitled to compensation. ECF No. 23; ECF No. 24.

### Items of Compensation

#### Pain and Suffering

Respondent proffers that petitioner should be awarded $160,000.00 in pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4). Petitioner agrees.

1

Lost Wages

Respondent proffers that petitioner should be awarded $25,727.67 in past and future lost wages. See 42 U.S.C. § 300aa-15(a)(3)(A). Petitioner agrees.

Past Out-of-Pocket Expenses

Respondent proffers that petitioner should be awarded past out-of-pocket expenses in the amount of $6,403.05. See 42 U.S.C. § 300aa-15(a)(1)(B). Petitioner agrees.

These amounts represent all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

**Form of the Award**

Petitioner is a competent adult. Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment as described below and requests that the Chief Special Master's decision and the Court's judgment award the following[1]: a lump sum payment of $192,130.72, in the form of a check payable to petitioner.

**Summary of Recommended Payments Following Judgment**

Lump sum payable to petitioner, Kelly Mox:                    **$192,130.72**

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future lost earnings and future pain and suffering.

2

          HEATHER L. PEARLMAN
          Deputy Director
          Torts Branch, Civil Division

          DARRYL R. WISHARD
          Assistant Director
          Torts Branch, Civil Division

          s/ *Steven C. Santayana*
          STEVEN C. SANTAYANA
          Trial Attorney
          Torts Branch, Civil Division
          U.S. Department of Justice
          P.O. Box 146
          Benjamin Franklin Station
          Washington, D.C.  20044-0146
          Tel: (202) 451-7675
          steven.c.santayana@usdoj.gov

Dated: January 23, 2023